IN RE **Pappas, Charles** _____    Case No. _____
                    Debtor(s)                                                                              (If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **50% interest in property located at 66 East Shore Road, Roxbury, ME 04275**<br><br>**Involved in a Land Installment Contract that still has a balance of $140,000** | | J | 111,000.00 | 0.00 |
| **50% interest in vacant land located at 123 Park Road, Putnam, CT 06260**<br>**Owned by Otis Street, LLC** | | J | 100,200.00 | 250,000.00 |
| **50% interest in vacant land located at 35-47-53 Attawaugan Crossing, Dayville, CT 06241**<br>**Owned by Max CT, LLC** | | J | 85,300.00 | 301,527.10 |
| **99% interest in residence located at 241 Church Street, Brooklyn, CT 06234**<br>**Owned by Crystal Creek Farms, LLC** | | J | 259,800.00 | 227,971.03 |
| **99% interest in single family house located at 11 Robin Way, Brooklyn, CT 06234**<br>**Owned by Crystal Creek Farms, LLC** | | J | 132,600.00 | 437,398.79 |
| **99% interest in single family house located at 9 Robin Way, Brooklyn, CT 06234**<br>**Owned by Crystal Creek Farms, LLC** | | J | 132,600.00 | 437,398.79 |
| **99% interest in Trailer Park located at 286, 284 and 282 Putnam Pike, Dayville, CT 06241**<br>**Owned by Normandies Park, LLC** | | J | 145,700.00 | 684,607.43 |
| | | TOTAL | 967,200.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only