# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN RE:                                : CHAPTER 7

CHARLES PAPPAS                        : CASE NUMBER 12-22099

                                      : October 2, 2012

## AMENDMENT TO SCHEDULES B and C OF DEBTOR'S PETITION

Debtor in the above-captioned matter hereby respectfully amends Schedules B and C of his bankruptcy petition by substituting in lieu thereof the Schedules B and C attached hereto.

                            DEBTOR
                            Charles Pappas


                            By:    /s/ Derek G. Poirier
                                Derek G. Poirier, Her Attorney

## **DEBTOR'S DECLARATION**

Debtor declares, under penalty of perjury, that Debtor has read the foregoing Amendment(s) and that it is true and correct, to the best of the knowledge, information and belief of debtor.

                                      DEBTOR

                                    /s/ Charles Pappas
                                    Charles Pappas

## **CERTIFICATION OF SERVICE**

I hereby certify that on October 2, 2012, the foregoing Amendment(s) were filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filing and this Certification of Service through the Court's system.

    /s/ Derek G. Poirier
Derek G. Poirier, #ct28601
Law Offices of John Q. Gale, LLC
363 Main Street, 4th Floor
Hartford, CT 06106
TEL: (860) 522-8296
FAX: (860) 522-8298
dpoirier@lawlordsofhartford.com