# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: ) | |
| ) | Case No. |
| CHARLES PAPPAS, ) | 12-22099 (ASD) |
| ) | |
| Debtor ) | |
| ) | Chapter 7 |

## MOTION FOR EXPEDITED ACCOUNTING AND
## TURNOVER OF ESTATE PROPERTY BY DEBTOR

TO THE HONORABLE ALBERT S. DABROWSKI, U.S. Bankruptcy Judge:

Judgment-Creditor Donna Parris hereby moves for an order requiring that within seven days, Debtor Charles Pappas file with the Court an accounting and turnover of (1) proceeds from the sale of real property, (2) rents, and (3) uses of cash by any and all limited liability companies in which Pappas holds membership interests.

1.      This is a voluntary, individual Chapter 7 proceeding. Debtor Pappas purports to hold membership interests in at least seven limited liability companies and has claimed an ownership interest in the real and personal property owned by these entities. *See* Doc. No. 15-1 at 1-2 (Debtor's Amended Schedules A & B).

2.      Pappas concedes that the movant, Donna Parris, has a $349,799.50 judgment lien against any and all of the Pappas' personal property, including, but not limited to, his membership interests in the LLCs at issue. *See* Doc. No. 16 at 1 (Debtor's Amendment to Schedule D).

3.      By operation of the Pappas' filing his bankruptcy petition, Pappas' membership interests in the LLCs became estate property, subject to Parris' lien. *See* 11 U.S.C. § 541(1)(1). Nevertheless, upon information and belief, Pappas has continued to operate and control the

LLCs, including the collection of rent. Upon information, belief, and a review of court records, no rent is being turned over to the bankruptcy estate. More troublingly, Pappas has begun selling off the LLCs' real property, without notice to the Court, creditors, or upon information and belief, the Chapter 7 trustee.

4. According to Pappas' petition, Crystal Creek Farms LLC (in which Pappas is majority member) owned the property at located 241 Church Street, Brooklyn, Connecticut (the "Church Street Property"). *See* Doc. No. 15-1 at 1 (Debtor's Amended Schedules A). Municipal records reveal that the Church Street Property has an assessed value of $479,300, spans over 100 acres, and includes a 2,500 square foot residence, as well as four outbuildings. *See* Ex. A (true and correct copy of municipal assessor's online database entry for Church Street Property). Pappas' bankruptcy petition identifies the Church Street Property as his residence and discloses a $201,202.80 mortgage on the property, held by Avidia Bank. *See* Doc. No. 1 at 13 (Debtor's Petition); Doc. No.16-1 at 1 (Debtor's Amended Schedule D).

5. Counsel for Avidia Bank has informed the undersigned that the Church Street Property was sold and that the note held by the bank was paid in full. A search of the Online Database of the Assessor's Office of the Town of Brooklyn, Connecticut confirms that Crystal Creek Farms LLC sold the Church Street Property for $272,313 to FG Waters LLC on September 26, 2013. *See* Ex. A.

6. Even with the payoff of Avidia Bank's $201,202.80 mortgage, the sale of the Church Street Property for $272,313 left Crystal Creek Farms LLC with substantial excess cash of approximately $70,000. Pappas plainly has no right to take a distribution of such cash as a member of Crystal Creek Farms LLC or otherwise, because his membership interest is now estate property, subject to Parris' lien.

7.      Parris has sought and received leave to conduct a Rule 2004 examination of Pappas and to compel him to produce documents. *See* Doc. No. 39. Parris requested that Pappas produce documents concerning, among other things, the disposition of the LLCs' assets no later than October 23, 2013. *See* Ex. B (request for production of documents). Although Pappas' counsel has scheduled Pappas' examination for November 14, 2013 and ostensibly agreed to comply with Parris' document request, no documents have been produced to date and Pappas' counsel has not stated when documents will be produced.

8.      Service of a subpoena to compel the production of the requested documents is impossible, since Pappas' location is unknown to Parris. Pappas' last known address was the Church Street Property, which was sold more than a month ago. Pappas' counsel has not responded to requests to identify Pappas' current address.

9.      On November 1, 2014, the undersigned discussed the sale of the Church Street Property with Pappas' counsel, who was unaware of the transaction. It was requested that counsel obtain any information available concerning the sale of the Church Street Property and take steps to secure the proceeds from that sale, subject to Parris' lien. To date, no information has been forthcoming. Nor has counsel given any assurances regarding the safeguarding of the proceeds of any sales.

10.     Notably, the relationship between Pappas and his counsel appears to be strained, as his attorney has moved to withdraw from the case. *See* Doc. No. 41.

11.     Under the present circumstances, the normal means of discovery have been, and will be, ineffective and the Court is justified in ordering that Pappas provide an accounting and turnover of all sale proceeds, rental income, and uses of cash by the LLCs in which Pappas has an interest.

12. Parris reserves the right to request additional relief related to the distribution of assets, including, but not limited to, objecting to the sale of real property and use or retention of estate property by Pappas, as unauthorized post-petition transfers by a debtor.

WHEREFORE, Judgment-Creditor Donna Parris respectfully requests that this Court enter the proposed order filed herewith, directing the Debtor, Charles Pappas to file with the Court by November 11, 2013 an accounting and turnover of (1) proceeds from the sale of real property, (2) rents, and (3) uses of cash by any and all limited liability companies in which Pappas holds membership interests, and such other relief, including the imposition of sanctions, as the Court deems proper.

Dated: November 4, 2013

DONNA PARRIS, CREDITOR

By: */s/ Michael J. Coolican*
Michael J. Coolican [ct28057]
Katherine L. Lindsay [ct27971]
BRACEWELL & GIULIANI LLP
225 Asylum Street, Suite 2600
Hartford, CT 06103
Tel: (860) 947-9000
Fax: (860) 246-3201
Email: michael.coolican@bgllp.com
Email: katherine.lindsay@bgllp.com

Greg J. Kirschner [ct26888]
THE CONNECTICUT FAIR HOUSING CENTER
221 Main St., 4th Floor
Hartford, CT 06106
Tel: (860) 263-0728
Fax: (860) 247-4236
Email: greg@ctfairhousing.org

*Her attorneys*