# Exhibit A

## 241 CHURCH ST



**Click to enlarge**

| | |
|---|---|
| Map/Lot/Unit : | 36/ / 76/ / |
| Location: | 241 CHURCH ST |
| Owner Name: | F G WATERS LLC |
| Account Number: | 00236600 |

### Search for Similar Sale Properties

 Parcel Value

| Item | Appraised Value | Assessed Value |
|---|---:|---:|
| Buildings | 227,600 | 159,300 |
| Extra Building Features | 0 | 0 |
| Outbuildings | 75,600 | 52,900 |
| Land | 381,500 | 267,100 |
| **Total:** | **684,700** | **479,300** |

 Owner of Record

F G WATERS LLC

Ownership History

| Owner Name | Book/Page | Sale Date | Sale Price |
|---|---|---|---:|
| F G WATERS LLC | 533/ 232 | 9/26/2013 | 272,313 |
| CRYSTAL CREEK FARMS LLC | 316/ 299 | 12/9/2003 | 0 |
| PAPPAS CHARLES A | 229/ 326 | 9/14/2000 | 310,000 |
| ROSS GEORGE & TERRY JO | 76/ 408 | 10/28/1983 | 40,000 |
| KEMPF WILLIAM A | 74/ 56 | 9/28/1982 | 0 |

 Land Use (click here for a list of codes and descriptions)

| Land Use Code | Land Use Description |
|---|---|
| 1010 | Single Fam MDL-01 |

 Land Line Valuation

| Size | Zone | Appraised Value | Assessed Value |
|---|---|---:|---:|
| 108.29 AC | RA | 381,500 | 267,100 |

 Construction Detail

| Item | Value |
|---|---|
| **STYLE** | Modern/Contemp |
| **MODEL** | Residential |
| **Grade:** | B- |
| **Stories:** | 2 |
| **Exterior Wall 1** | Wood on Sheath |
| **Roof Structure:** | Gable/Hip |
| **Roof Cover** | Asph/F Gls/Cmp |

| | |
|---|---|
| **Interior Wall 1** | Drywall/Sheet |
| **Interior Flr 1** | Ceram Clay Til |
| **Interior Flr 2** | Carpet |
| **Heat Fuel** | Electric |
| **Heat Type:** | Electr Basebrd |
| **AC Type:** | None |
| **Total Bedrooms:** | 04 |
| **Total Bthrms:** | 2 |
| **Total Half Baths:** | 1 |


## Building Valuation

| Item | Value |
|---|---|
| **Living Area** | 2,552 square feet |
| **Year Built** | 1985 |
| **Replacement Cost Less Depreciation** | 227,600 |


## Outbuildings (click here for a list of codes and descriptions)

| Code | Description | Units | Appraised Value |
|---|---|---|---|
| BRN1 | BARN - 1 STORY | 1500 S.F. | 18900 |
| FGR2 | GARAGE-GOOD | 984 S.F. | 23000 |
| BRN8 | POLE BARN | 1000 S.F. | 9900 |
| BRN8 | POLE BARN | 2400 S.F. | 23800 |


## Extra Features (click here for a list of codes and descriptions)

| Code | Description | Units | Appraised Value |
|---|---|---|---|

No Extra Building Features


## Building Sketch (click here for a list of codes and descriptions)



## Subarea Summary (click here for a list of codes and descriptions)

| Code | Description | Gross Area | Living Area |
|---|---|---|---|
| BAS | First Floor | 1256 | 1256 |
| FBM | Basement, Finished | 420 | 0 |
| FUS | Upper Story, Finished | 1296 | 1296 |
| TSR | Three Season Rm | 143 | 0 |
| UBM | Basement, Unfinished | 836 | 0 |
| WDK | Deck, Wood | 190 | 0 |

| | | |
|---|---|---|
| **Total** | 4141 | 2552 |

Online Database for Brooklyn, CT Powered by **Vision Government Solutions, Inc.**