## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: ) | |
| ) | Case No. |
| CHARLES PAPPAS, ) | 12-22099 (ASD) |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | ECF No. 43 |

## ORDER FOR EXPEDITED ACCOUNTING AND
## TURNOVER OF ESTATE PROPERTY BY DEBTOR

After notice and a hearing and upon consideration of Judgment-Creditor Donna Parris's *Motion for Expedited Accounting and Turnover of Estate Property by Debtor*, ECF No. 43, seeking an order directing Charles Pappas ("Debtor") to file with the Court an accounting and turnover of (1) proceeds from the sale of real property, (2) rents, and (3) uses of cash by any and all limited liability companies in which Pappas holds membership interests, and the Court having determined there is good cause for granting the requested relief as conditioned hereafter:

**IT IS HEREBY ORDERED** that on or before December 6, 2013, the Debtor file with the Court an accounting of (1) all proceeds from the sale of real property, (2) rents, and (3) uses of cash by any and all limited liability companies in which the Debtor holds membership interests, and turnover to Thomas C. Boscarino, the Chapter 7 Trustee, (1) all proceeds from the sale of real property, and (2) rents received by any and all limited liability companies in which the Debtor holds membership interests.

Dated: November 19, 2013                                    BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge