| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|
| 4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Finance | P8715 | | |
| 7. ☒ Cash Sale | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| F.G. Waters, LLC<br>81 Inkberry Drive<br>Wakefield, RI 02879 | Crystal Creek Farms, LLC<br>241 Church Street<br>Brooklyn, CT 06234 | Cash Deal |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| 241 Church Street<br>Brooklyn, CT 06234 | Lepizzera & Laprocina Title & Escrow Services, LLC<br>117 Metro Center Blvd.<br>Suite 2001<br>Warwick, RI 02886  Tax ID: 202136714<br>Underwritten By: Chicago |

| Place of Settlement | I. Settlement Date |
|---|---|
| 245 Main St, Danielson, CT 06239 | 9/26/2013<br>Fund: 9/26/2013 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract Sales Price | $272,312.60 | 401. Contract Sales Price | $272,312.60 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $3,079.00 | 403. | |
| 104. Real Estate Taxes (Due 10/15/13) | $1,685.91 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City Property Taxes | | 406. City Property Taxes | |
| 107. Condo Association | | 407. Condo Association | |
| 108. Sewer | | 408. Sewer | |
| 109. Fire District | | 409. Fire District | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 120. Gross Amount Due From Borrower | $277,077.51 | 420. Gross Amount Due to Seller | $272,312.60 |
| 200. Amounts Paid By Or in Behalf Of Borrower | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit or earnest money | $1,000.00 | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $3,688.12 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Mortgage Payoff to Pense & Dorio, P.C. | $225,710.95 |
| 205. | | 505. Mtg Payoff to Cohen, Burns, Hard & Paul | $8,824.14 |
| 206. | | 506. | |
| 207. | | 507. Tax Lien Payoff | $33,349.39 |
| 208. | | 508. Tax Lien Atty Fee to Adam J. Cohen Esq | $740.00 |
| 209. | | 509. Well/Septic | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City Property Taxes | | 510. City Property Taxes | |
| 211. Condo Association | | 511. Condo Association | |
| 212. Sewer | | 512. Sewer | |
| 213. Fire District | | 513. Fire District | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | $1,000.00 | 520. Total Reduction Amount Due Seller | $272,312.60 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | $277,077.51 | 601. Gross Amount due to seller (line 420) | $272,312.60 |
| 302. Less amounts paid by/for borrower (line 220) | $1,000.00 | 602. Less reductions in amt. due seller (line 520) | $272,312.60 |
| 303. Cash From Borrower | $276,077.51 | 603. Cash Seller | $0.00 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

Previous Editions are Obsolete    Page 1    form HUD-1 (3/86)
Handbook 4305.2

File No. 18715

| L. Settlement Charges | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | $272,312.60 | @ % = | $0.00 | | |
| Division of Commission (line 700) as follows: | | | | | |
| 701. | to | | | | |
| 702. | to | | | | |
| 703. Commission Paid at Settlement | | | | $0.00 | $0.00 |
| 800. Items Payable in Connection with Loan | | | | | |
| 801. Loan Origination Fee  % | to | | | | |
| 802. Loan Discount  % | to | | | | |
| 803. Appraisal Fee | to | | | | |
| 804. Credit Report | to | | | | |
| 805. Tax Service Fee | to | | | | |
| 806. Processing Fee | to | | | | |
| 807. Underwriting Fee | to | | | | |
| 808. Courier Fee | to | | | | |
| 809. Flood Determination | to | | | | |
| 810. Flood Certification | to | | | | |
| 811. Mortgage Broker Fee | to | | | | |
| 900. Items Required by Lender To Be Paid in Advance | | | | | |
| 901. Interest from  9/26/2013  to  10/1/2013 @ $0/day | | | | | |
| 902. Mortgage Insurance Premium for  months | to | | | | |
| 903. Hazard Insurance Premium for  years | to | | | | |
| 1000. Reserves Deposited With Lender | | | | | |
| 1001. Hazard insurance | months @ | | per month | | |
| 1002. Mortgage insurance | months @ | | per month | | |
| 1003. City Property Taxes | months @ | | per month | | |
| 1004. Condo Association | months @ | | per month | | |
| 1005. Sewer | months @ | | per month | | |
| 1006. Fire District | months @ | | per month | | |
| 1007. | months @ | | per month | | |
| 1008. | months @ | | per month | | |
| 1011. Aggregate Adjustment | | | | | |
| 1100. Title Charges | | | | | |
| 1101. Settlement or closing fee | to Lepizzera & Laprocina | | | | |
| 1102. Settlement Fee | to Jackson Harris & Kelley, LLC | | | $1,750.00 | |
| 1103. Title examination | to Lepizzera & Laprocina | | | | $450.00 |
| 1104. Title Commitment | to | | | $250.00 | |
| 1105. Document preparation | to | | | | |
| 1106. Notary fees | to | | | | |
| 1107. Attorney's fees | to | | | | |
| (includes above items numbers: | | | ) | | |
| 1108. Title insurance | to Chicago Title Insurance Company | | | $969.00 | |
| (includes above items numbers: | | | ) | | |
| 1109. Lender's coverage | $0.00/$0.00 | | | | |
| 1110. Owner's coverage | $272,254.03/$969.00 | | | | |
| 1111. Run Down and Record | to Lepizzera & Laprocina | | | $50.00 | |
| 1200. Government Recording and Transfer Charges | | | | | |
| 1201. Recording Fees  Deed $60.00 ; Mortgage ; Rel $159.00 | to Town of Brooklyn | | | $60.00 | $159.00 |
| 1202. City/county tax/stamps  Deed $680.78 ; Mortgage | to Town of Brooklyn | | | | $680.78 |
| 1203. State tax/stamps  Deed $2,042.34 ; Mortgage | to Commissioner of Revenue | | | | $2,042.34 |
| 1204. Record Judgment Lien | to Town of Brooklyn | | | | $53.00 |
| 1205. Record Easement | to Town of Brooklyn | | | | $58.00 |
| 1300. Additional Settlement Charges | | | | | |
| 1301. Survey Deletion Affidavit | to Mortgage Guarantee & Title/First American Title | | | | |
| 1302. Pest Inspection | to | | | | |
| 1303. Annual Reports | to CATIC | | | | |
| 1304. Overnight Mail | to Jackson Harris Hubert & Kelley, LLC | | | | $220.00 |
| 1305. Discharge Tracking Fee | to SMS FasTrax | | | | $25.00 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | $3,079.00 | $3,688.12 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

F.G. Waters, LLC

By Jon F. Dodd, Member

Crystal Creek Farms, LLC

By Charles A. Pappas, Member

SETTLEMENT AGENT CERTIFICATION
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent _____  Date 9/26/13

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete                Page 2                form HUD-1 (3/86)
                                                                  Handbook 4305.2