Month  September 2012

**Monthly Bills**                                                                                                    Rents   4150.00

| | |
|---|---|
| Electricity   200 | Phone   230 |
| Snow plowing /sanding _____ | Waste Disposal   300 |
| Repairs _____ | Gas   400 |
| Food   350 | Septic Disposal   450 |
| Misc   500 | Fees   83 |
| Cable   135 | Road Maintenance _____ |
| Mortgage/rent   957 | Insurances   150 |
| Taxes   100 | propane   200 |

                                                **Totals  Monthly Expenses**        **4055.00**


Month   October 2012

**Monthly Bills**                                                                                                    Rents   3755.00

| | |
|---|---|
| Electricity   200 | Phone   230 |
| Snow plowing /sanding _____ | Waste Disposal   300 |
| Repairs   650 | Gas   400 |
| Food   350 | Septic Disposal _____ |
| Misc   250 | Fees   75 |
| Cable   135 | Road Maintenance   750 |
| Mortgage/rent   957 | Insurances   150 |
| Taxes   100 | Propane   200 |

Totals Monthly Expenses       4497.00

Month __November 2012__

**Monthly Bills**

Rents __4150.00__

| | |
|---|---|
| Electricity __200__ | Phone __230__ |
| Snow plowing /sanding __400__ | Waste Disposal __300__ |
| Repairs _____ | Gas __400__ |
| Food __350__ | Septic Disposal __300__ |
| Misc __250__ | Fees __83__ |
| Cable __135__ | Road Maintenance _____ |
| Mortgage/rent __957__ | Insurances __150__ |
| Taxes __100__ | propane __300__ |

Totals  Monthly Expenses    **4155.00**

Month __December 2012__

**Monthly Bills**

Rents __4150.00__

| | |
|---|---|
| Electricity __200__ | Phone __230__ |
| Snow plowing /sanding __400__ | Waste Disposal __300__ |
| Repairs __450__ | Gas __400__ |
| Food __350__ | Septic Disposal _____ |
| Misc __250__ | Fees __83__ |
| Cable __135__ | Road Maintenance _____ |
| Mortgage/rent __957__ | Insurances __150__ |
| Taxes __100__ | Propane __300__ |

Totals Monthly Expenses     3955.00

Case 12-22099    Doc 56-3    Filed 12/05/13    Entered 12/05/13 08:32:24    Desc
Accounting - Monthly Breakdown    Page 5 of 15

Month  January 2013

**Monthly Bills**

| | | Rents  3825.00 |
|---|---|---|
| Electricity  200 | Phone  230 | |
| Snow plowing /sanding  400 | Waste Disposal  300 | |
| Repairs | Gas  400 | |
| Food  350 | Septic Disposal | |
| Misc  250 | Fees  77 | |
| Cable  135 | Road Maintenance | |
| Mortgage/rent  957 | Insurances  150 | |
| Taxes  100 | propane  300 | |

**Totals  Monthly Expenses    3849.00**

Month  February 2013

**Monthly Bills**

| | | Rents  3825.00 |
|---|---|---|
| Electricity  200 | Phone  230 | |
| Snow plowing /sanding  3700 | Waste Disposal  300 | |
| Repairs | Gas  400 | |
| Food  350 | Septic Disposal | |
| Misc  250 | Fees  77 | |
| Cable  135 | Road Maintenance | |
| Mortgage/rent  957 | Insurances  150 | |
| Taxes  100 | Propane  300 | |

1

Totals Monthly Expenses        7149.00

Month __March 2013__

**Monthly Bills**

Rents __3825.00__

| | |
|---|---|
| Electricity __200__ | Phone __230__ |
| Snow plowing /sanding __2500__ | Waste Disposal __300__ |
| Repairs _____ | Gas __400__ |
| Food __350__ | Septic Disposal _____ |
| Misc __250__ | Fees __77__ |
| Cable __135__ | Road Maintenance _____ |
| Mortgage/rent __957__ | Insurances __150__ |
| Taxes __100__ | propane __300__ |

Totals Monthly Expenses __5949.00__

---

Month __April 2013__

**Monthly Bills**

Rents __3825.00__

| | |
|---|---|
| Electricity __200__ | Phone __230__ |
| Snow plowing /sanding _____ | Waste Disposal __300__ |
| Repairs _____ | Gas __400__ |
| Food __350__ | Septic Disposal __300__ |
| Misc __250__ | Fees __77__ |
| Cable __135__ | Road Maintenance __750__ |
| Mortgage/rent __957__ | Insurances __150__ |
| Taxes __100__ | Propane __300__ |

1

Totals Monthly Expenses    4499.00

Month  May 2013

**Monthly Bills**

Rents  3825.00

| | |
|---|---|
| Electricity  200 | Phone  230 |
| Snow plowing /sanding  | Waste Disposal  300 |
| Repairs  | Gas  400 |
| Food  350 | Septic Disposal  |
| Misc  250 | Fees  77 |
| Cable  135 | Road Maintenance  |
| Mortgage/rent  957 | Insurances  150 |
| Taxes  100 | propane  200 |

Totals  Monthly Expenses     3349.00

Month  June 2013

**Monthly Bills**

Rents  2925.00

| | |
|---|---|
| Electricity  200 | Phone  230 |
| Snow plowing /sanding  | Waste Disposal  300 |
| Repairs  | Gas  400 |
| Food  350 | Septic Disposal  300 |
| Misc  250 | Fees  77 |
| Cable  135 | Road Maintenance  |
| Mortgage/rent  957 | Insurances  150 |
| Taxes  100 | Propane  200 |

1

Totals Monthly Expenses     3649.00

Month __July 2013__

**Monthly Bills**

Rents __2925.00__

| | |
|---|---|
| Electricity __200__ | Phone __230__ |
| Snow plowing /sanding _____ | Waste Disposal __300__ |
| Repairs _____ | Gas __400__ |
| Food __350__ | Septic Disposal _____ |
| Misc __250__ | Fees __77__ |
| Cable __135__ | Road Maintenance _____ |
| Mortgage/rent __957__ | Insurances __150__ |
| Taxes __100__ | propane __200__ |

**Totals Monthly Expenses    __3349.00__**

Month __August 2013__

**Monthly Bills**

Rents __10425.00__

| | |
|---|---|
| Electricity __200__ | Phone __230__ |
| Snow plowing /sanding _____ | Waste Disposal __300__ |
| Repairs __7500__ | Gas __400__ |
| Food __350__ | Septic Disposal _____ |
| Misc __250__ | Fees __208.50__ |
| Cable __135__ | Road Maintenance _____ |
| Mortgage/rent __957__ | Insurances __150__ |
| Taxes __100__ | Propane __200__ |

1

Totals Monthly Expenses      10480.50

Month __September 2013__

**Monthly Bills**

Rents __3320.00__

| | |
|---|---|
| Electricity __200__ | Phone __230__ |
| Snow plowing /sanding _____ | Waste Disposal __300__ |
| Repairs _____ | Gas __400__ |
| Food __350__ | Septic Disposal __600__ |
| Misc __250__ | Fees __67__ |
| Cable __135__ | Road Maintenance _____ |
| Mortgage/rent __957__ | Insurances __150__ |
| Taxes __100__ | propane __200__ |

Totals  Monthly Expenses   __3939.00__


Month __October 2013__

**Monthly Bills**

Rents __3320.00__

| | |
|---|---|
| Electricity __200__ | Phone __230__ |
| Snow plowing /sanding _____ | Waste Disposal __300__ |
| Repairs _____ | Gas __400__ |
| Food __350__ | Septic Disposal _____ |
| Misc __250__ | Fees __67__ |
| Cable __135__ | Road Maintenance __750__ |
| Mortgage/rent __957__ | Insurances __150__ |
| Taxes __100__ | Propane __200__ |

Totals Monthly Expenses           4089.00

Month __November 2013__

**Monthly Bills**

———

Rents __3320.00__

| | |
|---|---|
| Electricity   200 | Phone   230 |
| Snow plowing /sanding _____ | Waste Disposal   300 |
| Repairs _____ | Gas   400 |
| Food   350 | Septic Disposal   300 |
| Misc   250 | Fees   67 |
| Cable   135 | Road Maintenance _____ |
| Mortgage/rent   957 | Insurances   150 |
| Taxes   100 | propane   200 |

Totals  Monthly Expenses         __3639.00__

Month __December 2013__

**Monthly Bills**

———

Rents