**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: ) | |
| ) | Case No. |
| CHARLES PAPPAS, ) | 12-22099 (ASD) |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | RE: ECF No. 57 |

**ORDER GRANTING, IN PART, MOTION FOR SANCTIONS**

Upon consideration of Judgment-Creditor Donna Parris's *Motion for Sanctions for Violation of Order For Accounting of Estate Property by Debtor* ("Motion") (ECF No. 57), seeking an order imposing sanctions, and the Court having found the Debtor, Charles Pappas, materially failed to comply with the Court's Order for Expedited Accounting and Turnover of Estate Property by Debtor (ECF No. 50), of which the Debtor had notice, and the Court having determined there is good cause for granting the requested relief as conditioned hereafter:

IT IS HEREBY ORDERED that (i) the hearing on Ms. Parris' request for an award of reasonable attorneys' fees is continued until January 30, 2014 at 10:00 a.m., and further, any affidavit in support of such a request shall be filed by January 28, 2014; (ii) the hearing on Ms. Parris' request that all rents, as they become due and payable to those limited liability companies ("LLCs") in which the Debtor holds an interest, be paid to Thomas C. Boscarino (the "Chapter 7 Trustee"), to be held subject to Ms. Parris' liens, is continued until January 30, 2014 at 10:00 a.m.; (iii) by January 24, 2014 at 4:00 p.m., the Debtor shall file with the Court and serve upon the Chapter 7 Trustee and Ms. Parris' counsel a detailed accounting (the "Accounting") that is sworn to by the Debtor under penalty of perjury, that identifies all LLC property interests, that

-2-

accounts for all rents, uses of cash by LLCs, and proceeds from the sale or transfer of real property by the LLCs, and that remedies the deficiencies identified in paragraphs 4 through 11 of the Motion; and (iv) the Debtor shall append to the Accounting any and all documents that relate to any property, income, or expenses identified in the Accounting.

Dated: January 13, 2014                              BY THE COURT

*(signature)*
Albert S. Dabrowski
Chief United States Bankruptcy Judge

Hearing held on 1/9/14