Charles Pappas Case No. 12-22099

# Response to Proposed Order of Contempt and Compelling compliance with Subpoena




1. (ii) Request for production of documents.
   All documents that concerned Church st foreclosure were sent to 241 church st And I have not stayed there for 3 or more yrs . The only documents that I possess were submitted to court on January 24,2014. I have no other documents .

2. The Malpractice Action. I do not possess any documents on this matter. I called Attorney Michael McDonnell to forward all material to court and Mr Mcdonnell Has suffered a heart attack and is hospitalized according to his office.

3. Normandies Park Foreclosure. I do not possess any documents in regards to this matter.

   *** Any mail that was sent to any LLC or Charles Pappas was not forwarded to me from Ms Delaney.

4. No agreements have been formed. I have no documents
5. There is no documents concerning any payments or distributions by any of llcs that I possess
6. I possess no documents of this type
7. I have no documents concerning this .
8. I have no documents concerning this.
9. I produced the only documents for this that I possess and submitted to the court on January 24,2014
10. I produced the only documents for this that I possess and submitted to the court on January 24,2014
11. The only income I have is the rents .
12. I have no idea what Robin Delaneys income is. I have not had been with Ms Delaney in 3yrs plus
13. The only documents I possess were submitted to the court on **January 24 ,2014**
14. See exhibit 1
15. I have no idea on Robin Delaneys Expenses, . I have not had been with Ms Delaney in 3yrs plus
16. No tax returns have been filed.
17. I will file with the court on the second Monday of each month a "monthly accounting"

(iii) I agree. Ms Parris is awarded her costs and reasonable attorney's fees of $1656.25 however I do not have the money to pay her . The court already knows I'm in no financial position to pay Ms Parris at this time.

(iv) I agree. Ms Parris is awarded her costs and attorney's fees of 4125.00 however I do not have the money to pay her . The court already knows I'm in no financial position to pay Ms Parris at this time.

I have answered all of the questions that were in the subpoena and I have adjusted and fixed all the accounting that was requested from me and have included new copies.

# Exhibit 1

# Personal Monthly Expenses

Rent 956.49
Electric 141.99
Propane 192.76
Phone 54.27
Food 199.75 for 2 weeks
Cable 161.14

Normandies Park — Month September 2013

**Monthly Bills**

| | | | | | |
|---|---|---|---|---|---|
| Electricity | 44.52 | Phone | 54.27 | **Rents** Unit 1 | 395 |
| Snow plowing /sanding | | Waste Disposal | 241.94 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | 600* | Management fees | 1200 | Unit 5 | 395 |
| Check Fees | 67* | Partial Plowing Payment | 672.27 | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | | Unit 7 | 395 |
| | | | | # 282 | 950 |

**Totals Monthly Expenses** 3320 **Total Rents** 3320

Normandies Park — Month October 2013

**Monthly Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Electricity | 44.52 | Phone | 54.27 | **Rents** Unit 1 | 395 |
| Snow plowing /sanding | | Waste Disposal | 237.87 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Management Fees | 1200 | Septic Disposal | | Unit 5 | 395 |
| Check Fees | 67* | Partial Plow Pymt | 526.34 | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | 750 | Unit 7 | 395 |
| | | | | #282 | 950 |

**Totals Monthly Expenses** 3320 **Total Rents** 3320

*expenses that I pay for in cash and have no written receipts but are true and accurate

Normandies Park Month November 2013

| Monthly Bills | | | | Rents | |
|---|---|---|---|---|---|
| Electricity | 44.52 | Phone | 54.27 | Unit 1 | 395 |
| Snow plowing /sanding | | Waste Disposal | 241.69 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | 300* | Management Fee | 1933.47 | Unit 5 | 395 |
| Check Fees | 67* | Partial Plowing Pymt | 239.05 | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | | Unit 7 | 395 |
| | | | | #286 | 950 |
| **Totals Monthly Expenses** | 3320 | | | **Total Rents** | 3320 |

*** expenses that I pay for in cash and have no written receipts but are true and accurate

Normandies Park Month July 2013

**Monthly Bills** | | **Rents**

| | | | | | |
|---|---|---|---|---|---|
| Electricity | 46.24 | Phone | 54.27 | Unit 1 | 395 |
| Snow plowing /sanding | | Waste Disposal | 230.93 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | | Management Fee | 1200 | Unit 5 | 395 |
| Check Fees | 77* | Partial Plowing Pymt | 876.56 | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | | #286 | 950 |

**Totals Monthly Expenses** 2925 **Total Rents** 2925

Month August 2013

**Monthly Bills** | | Rents and Other Income

| | | | | | |
|---|---|---|---|---|---|
| Electricity | 46.33 | Phone | 54.27 | Unit 1 | 395 |
| Snow plowing /sanding | | Waste Disposal | 241.94 | Unit 2 | 395 |
| Repairs | 4500* Unit 7 | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | | Reimbursement Wells | 3000* | Unit 5 | 395 |
| Check Fees | 208.50* | Management Fee | 1200 | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | | Unit 7 sale | 7500 |
| Partial Plowing Pymt | 733.96 | | | #286 | 950 |

**Totals Monthly Expenses** 10425 **Total Income and Rents** 10425

*expenses that I pay for in cash and have no written receipts but are true and accurate

Normandies Park Month May 2013

| **Monthly Bills** | | | | **Rents** | |
|---|---|---|---|---|---|
| Electricity | 45.95 | Phone | 54.27 | Unit 1 | 395 |
| Snow plowing /sanding | | Waste Disposal | 205.57 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | | Management Fee | 1200.00 | Unit 5 | 395 |
| Check Fees | 77* | Partial Snow Plowing Pymt | 902.21 | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | | #286 | 950 |

**Totals Monthly Expenses** 2925 **Total Rents** 2925

Month June 2013

| **Monthly Bills** | | | | **Rents** | |
|---|---|---|---|---|---|
| Electricity | 45.95 | Phone | 54.27 | Unit 1 | 395 |
| Snow plowing /sanding | | Waste Disposal | 205.57 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | 300* | Management Fee | 1200 | Unit 5 | 395 |
| Check Fees | 77* | Partial Plowing Pymt | 602.21 | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | | #286 | 950 |

**Totals Monthly Expenses** 2925 **Total Rents** 2925

*expenses that I pay for in cash and have no written receipts but are true and accurate

Normandies Park Month March 2013

**Monthly Bills** | **Rents**

| | | | | | |
|---|---|---|---|---|---|
| Electricity | 51.66 | Phone | 54.27 | Unit 1 | 395 |
| Snow plowing /sanding | 2500 | Waste Disposal | 204.67 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | | Management Fee | 1200 | Unit 5 | 395 |
| Check Fees | 77* | | | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | | #286 | 950 |

**Totals Monthly Expenses** **4527.60** **Total Rents** **2925**

Month April 2013

**Monthly Bills** | **Rents**

| | | | | | |
|---|---|---|---|---|---|
| Electricity | 44.42 | Phone | 54.21 | Unit 1 | 395 |
| Snow plowing /sanding | | Waste Disposal | 206.77 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | 300* | Check Fees | 77* | Unit 5 | 395 |
| Management Fee | 1200 | | | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | 750 | #286 | 950 |

**Totals Monthly Expenses** 3072.40 **Total Rents** **2925**

*expenses that I pay for in cash and have no written receipts but are true and accurate

Normandies Park Month January 2013

**Monthly Bills**

| | | | | **Rents** | |
|---|---|---|---|---|---|
| Electricity | 53.84 | Phone | 54.27 | Unit 1 | 395 |
| Snow plowing /sanding | 400 | Waste Disposal | 200.66 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | | Check Fees | 77* | Unit 5 | 395 |
| Internet | 40 | Road Maintenance | | Unit 6 | 395 |
| Management Fee | 1699.23 | | | #286 | 950 |

**Totals Monthly Expenses** 2925 **Total Rents** 2925

Month February 2013

**Monthly Bills**

| | | | | **Rents** | |
|---|---|---|---|---|---|
| Electricity | 51.66 | Phone | 54.27 | Unit 1 | 395 |
| Snow plowing /sanding | 3700 | Waste Disposal | 204.67 | Unit 2 | 395 |
| Repairs | | Gas | 400* | Unit 4 | 395 |
| Septic Disposal | | Management fee | 1200 | Unit 5 | 395 |
| Check Fees | 77* | | | Unit 6 | 395 |
| Internet | 40 | Road Maintenance | | #286 | 950 |

**Totals Monthly Expenses** 5727.60 **Total Rents** 2925

*expenses that I pay for in cash and have no written receipts but are true and accurate

ite Farm Mutual Automobile Insurance Company
' Box 8000
'lston Spa, NY 12020-8000

'1 003462 0008 K-1133 A
APPAS, CHARLES
O BOX 211
OXBURY ME 04275-0211

# AUTO RENEWAL

**AMOUNT DUE: $179.04**

**Your State Farm Agent**

GLEN CRAIG

Office: 207-364-2011

Address: 102 CONGRESS ST
RUMFORD, ME 04276-2003

*If you have a new or different car, have added any drivers, or have moved, please contact your agent.*

**:y Number: 064 6477-B21-19**

y Period: February 21, 2014 to August 21, 2014

**cle:**

ISUZU HOMBRE

RED SHIELD HEATING OIL

**C.N. Brown Company**
38 West Bethel Road
PO Box 5
Bethel ME 04217
Phone: 207-824-2142
Fax: 207-824-4081

CNBROWN.COM

| Page | Account No. |
|---|---|
| 1 of 1 | PAP860 |
| **Transaction Through** | **Statement Date** |
| 12/31/13 | 12/31/13 |
| **Terms** | |
| STANDARD DISCOUNT | |
| **Statement Balance** | **Amount Enclosed** |
| 192.76 | |

**Sold to:**

428711 009 01 007594 001
CHARLIE PAPPES
P.O. BOX 211
ROXBURY, ME 04275

**Remit to:** C.N. BROWN COMPANY
ATTN: PAYMENTS
PO BOX 200
SOUTH PARIS ME 04281-0200

**Please detach and return this stub with your payment.** To pay by credit card or change your billing address, please see the back of this remittance form.
Attention: Payments received after statement date shown are not reflected on this statement. If full payment has been sent, please disregard.

Please return this stub with payment to CMP. Allow 7 to 10 business days for processing. Do not send cash or coins, and do not return with staples or paper clips. Refer to back to fill in information for mail address changes or to sign up for the Automatic Payment Option plan.

Your CMP account number:
**524-022-2942-014**

Please pay this amount
**$141.99**
before 02/18/14 so you can avoid late charges

AT 01 012193 67927B 56 A**3DGT
CHARLES A PAPPAS
PO BOX 211
ROXBURY ME 04275-0211

Central Maine Power
PO Box 11752
Newark, NJ 07101-4752

Please write amount paid:
$ ________
Thank you !

posiblemente cargos adicionales

Time Warner Cable
789 Indian Church Road
West Seneca, NY 14224

Letter Date: 01/21/2014
Account #: 687866001-001
Past Due Balance: $150.78
Total Balance: $161.14

797 CHARLES A PAPPAS
PO BOX 211
ROXBURY ME 04275-0211



MARKET BASKET
"MORE FOR YOUR DOLLAR"

MORE FOR YOUR DOLLAR
400 LOWELL AVE
HAVERHILL, MA 01832
1-978-372-2051
Store: 09

Cashier: STEVEN T 121 14:51:36

=> 4% off
SUBTOTAL 199.16
TOTAL TAX .59
TOTAL 199.75
CASH 200.00
CASH CHANGE .25
NUMBER OF ITEMS 75
4% OFF ADDITIONAL SAVINGS 8.30
YOU SAVED A TOTAL OF 8.30

Trx:1130 Term:104 Store: 09 14:54:56

STORE DIRECTOR: MICHAEL MIAMIS
STORE HRS MON-SAT 7AM-9PM SUN 7AM-7PM
THANK YOU FOR SHOPPING MARKET BASKET
WE ACCEPT VISA,MC,AMEX,DISCOVER

MEXICO 02/12/14
526 15 10:12 AM
Loan Payment
REG PAYMENT EXTRA TO PRINCIPAL
Acct# XXXXX7990 $956.50

RENT

FDIC *Thank You! We Appreciate Your Business*

I declare that, to the best of my knowledge and belief, the information herein is true, correct and complete.

______________________________

Charles Pappas

Subscribed and sworn to before me this 18th day of Febuary , 2014 in Rumford,Maine

______________________________

Notary Public